



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 24, 2020**

_____
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NUMBER: 19-44034-MXM |
| JEFFREY SCAVO & KYLE BETH SCAVO | § § § | CHAPTER 13 |
| DEBTORS | § § | JUDGE MARK X MULLIN |

### ORDER APPROVING MODIFIED PLAN

AT FORT WORTH IS SAID DISTRICT:

Came on for consideration the "Modification of Plan After Confirmation" ("Modification") filed by Debtors on or about October 15, 2020 [Docket #38]. The Court finds that notice was and is appropriate under the circumstances.

As evidenced by the Trustee's signature below, the Trustee, Debtors, and any other party who has objected have all agreed to approval of the Modified Plan with the below changes which do not adversely affect any other party.

The Court is of the opinion that the Modification filed on or about October 15, 2020 should be APPROVED, subject to the following changes:

JEFFREY SCAVO
KYLE BETH SCAVO
1300 SPANISH NEEDLE TRL
FORT WORTH, TX 76177

Case No. 19-44034-MXM                                                                    JEFFREY SCAVO &KYLE BETH SCAVO

Current Plan Payment to Trustee Amounts and Terms - Schedule 1:

| Start Date | Periods | Amount | How Often |
|---|---|---|---|
| 10/30/2019 | 3.00 | $2,450.00 | MONTHLY |
| 01/30/2020 | 9.00 | $2,450.00 | MONTHLY |
| 10/30/2020 | 48.00 | $2,493.00 | MONTHLY |

New Plan Payment to Trustee Amounts and Terms:

| Start Date | Periods | Amount | How Often |
|---|---|---|---|
| 10/30/2020 | 3 | $2,493.00 | MONTHLY |
| 1/30/2021 | 45 | $2,508.00 | MONTHLY |

Debtors' new payment will be on or before: 10/30/2020

THE PLAN BASE SHALL BE CHANGED TO $149,738.82 IN 60 MONTHS.

All other proposed plan modification changes remain the same.

**IT IS THEREFORE ORDERED** that the Modification is APPROVED with the above changes.

*/s/ Tim Truman, Trustee*
Tim Truman, Trustee

# # # End of Order # # #